UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WALTER L. MCINTOSH,

        Plaintiff,

-vs-                                                            Case No.  5:03-cv-442-Oc-10GRJ

RAYMOND GAUTHIER, FRANCES
GAUTHIER, STEPHEN G. SEMESCO,
MARGUERITE C. SEMESCO, ALBRIGHT
REALTY, George Albright & Agents,,

        Defendants.
_____

## O R D E R

The United States Magistrate Judge has issued a report (Doc. 92) recommending that the pro se Plaintiff's case be dismissed for failure to prosecute and for failure to comply with several court orders.  As set forth in the Magistrate's report, the Plaintiff has failed to file a case management report despite multiple orders by the Court directing the Plaintiff to do so and despite the Defendants' cooperation.  The Plaintiff has also failed to attend two hearings scheduled by the Magistrate Judge for the purpose of facilitating the creation of the case management report.  The Plaintiff has filed an objection to the report and recommendation (Doc. 94) but offers no explanation for the deficiencies discussed in the report. Instead, the Plaintiff merely casts aspersions of prejudice and bias on the Magistrate Judge.  Accordingly, the Court agrees with the conclusion of the Magistrate Judge that this case should be dismissed for lack of prosecution and for failure to comply with the orders of the Court.

The Magistrate Judge did not address whether the complaint should be dismissed with prejudice or without prejudice. However, the report suggests that the Plaintiff's claims would also be subject to dismissal as barred by the applicable statute of limitations.

Section 95.231(2), Florida Statutes, provides: "After 20 years from the recording of a deed or the probate of a will purporting to convey real property, no person shall assert any claim to the property against the claimants under the deed or will or their successors in title." It is apparent from the face of the Plaintiff's complaint that he is attempting to assert a claim to property conveyed to the Defendants pursuant to deeds recorded in 1974 or 1975. See Amended Complaint Doc. 34. Accordingly, the Plaintiff's claims would be barred by operation of § 95.231(2) in any event, and any subsequent filing of this claim would be futile. Therefore, dismissal will be with prejudice.

## Conclusion

Accordingly, upon due consideration and upon an independent review of the file, it is adjudged that:

(1) the Plaintiff's objections (Doc. 94) to the report and recommendation of the Magistrate Judge are overruled;

(2) the report and recommendation (Doc. 92) of the Magistrate Judge is adopted, confirmed, and made a part hereof;

(3) the Plaintiff's case is DISMISSED with prejudice; and

(4) the Clerk is directed to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 13th day of July, 2005.

UNITED STATES DISTRICT JUDGE

Copies to: Hon. Gary R. Jones, United States Magistrate Judge
Pro se parties
Counsel of Record
Maurya McSheehy